IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JONI W. FOX, | * |
|           Plaintiff, | * |
| v. | Case No. 1:21-CV-157 (WLS) |
| | * |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | * |
|           Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 3, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of June, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk